# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2712

———————

Taariq S. Irshaad,                                    *
                                                      *
              Appellant,                              *
                                                      *    Appeal from the United States
     v.                                               *    District Court for the
                                                      *    District of Minnesota.
Deputy Aaron Hess; Captain Stacy                      *
Sinner,                                               *    [UNPUBLISHED]
                                                      *
              Appellees.                              *

———————

Submitted: April 3, 2009
Filed: April 7, 2009

———————

Before RILEY, SMITH, and BENTON, Circuit Judges.

———————

PER CURIAM.

Taariq Irshaad appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir. 2007), we conclude that summary judgment was properly granted because there was no genuine issue as to any material fact and appellees were entitled to judgment as a matter of law. We also hold that the district

———————

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

court did not abuse its discretion in denying Irshaad's motion for appointment of counsel. *See Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____